ACCEPTED
03-13-00817-CV
3634247
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/2/2015 10:16:44 AM
JEFFREY D. KYLE
CLERK



**Emily J. Davenport**
816 Congress Ave., Suite 1260
Austin, TX 78701
512-226-0003
emily.davenport@kempsmith.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/2/2015 10:16:44 AM
JEFFREY D. KYLE
Clerk

January 2, 2015

***Via Electronic Filing***
Jeffrey D. Kyle
Clerk of the Court
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:     Cause No. 03-13-00817-CV; *Seton Family of Hospitals, d/b/a Seton Medical Center v. Beverly J. Haywood*; In the 3rd Court of Appeals

Dear Mr. Kyle:

This letter is to advise you and all counsel of record in this matter that I will be on vacation April 29 through May 4, 2015 and July 29 through August 4, 2015. By copy of this letter, I am notifying all counsel of record of my vacation. I request that no hearings, depositions, or trial be scheduled during this time that would require a responsive pleading and/or my attendance in court.

Thank you for your attention to this matter.

Very truly yours,

/s/ Emily J. Davenport

Emily J. Davenport

cc:
Robert C. Alden
Byrd, Davis Furman & Alden, LLP
707 West 34th St.
Austin, TX 78705
***Via Electronic Service***